**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **STEVE CUNNINGHAM,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:12-cv-00742-MHS |
| | § | |
| **PORTFOLIO RECOVERY** | § | |
| **ASSOCITES, LLC,** | § | |
| | § | |
| Defendant. | § | |

### CORPORATE DISCLOSURE STATEMENT

COMES NOW, Portfolio Recovery Associates, LLC, the Defendant herein, by and through its undersigned counsel, to file this Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and would respectfully show the Court as follows:

**I.    IS THERE A PARENT CORPORATION:**

Portfolio Recovery Associates, Inc.

**II.    IS THERE ANY PUBLICLY HELD CORPORATION OWNING 10% OR MORE OF STOCK:**

No.

BUSH & RAMIREZ, LLC

*//s// Keith Wier*
Keith Wier; SBN: 21436100
Fed. ID No. 7930
5615 Kirby Dr., Suite 900
Houston, Texas 77005
(713) 626-1555 Telephone
(713) 622-8077 Telecopier

**ATTORNEY FOR DEFENDANT,**
**PORTFOLIO RECOVERY ASSOCIATES, LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 13th day of November, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sharon K. Campbell
3100 Monticello Ave., Suite 500
Dallas, Texas  75205

                                        *//s// Keith Wier*
                                        Keith Wier