IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| STEVE CUNNINGHAM, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | CASE NO. 6:12-cv-00742-MHS |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | § | |
| Defendant. | § | |

## ORDER FOR DISMISSAL WITH PREJUDICE

On this day came to be considered the Stipulation of Dismissal (Doc. No. 8) filed by Plaintiff, Steve Cunningham ("Plaintiff"), and Defendant, Portfolio Recovery Associates, LLC ("Defendant").

The Court is of the opinion that said motion is *well* taken that it should be, and is hereby, GRANTED.

It is, therefore, ORDERED, ADJUDGED, and DECREED that all of Plaintiff's claims and causes of action that were, or could have been asserted against Defendant are hereby dismissed with prejudice. Furthermore, all costs shall be borne by the party incurring the same.

**It is SO ORDERED.**

**SIGNED this 21st day of December, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE